| AO-10 Rev. 1/89 | **FINANCIAL DISCLOSURE REPORT** | Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-09) |
|---|---|---|

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| Dubina, Joel F. | United States Court of Appeals for the Eleventh Circuit Atlanta, Georgia | 6/8/90 |
| **Title** Present Title: U. S. District Judge Position For Which Applying:     U. S. Circuit Judge | Date of Entry/Nomination/Termination (only if initial or final report) <br> June 7, 1990 | **Reporting Period** (Calendar year, or inclusive dates) <br> 1/89 – 6/7/90 |
| **Home or office address** <br> Post Office Box 867, Montgomery, AL 36101-0867 | | |

> **IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly.. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Trustee | The Mitchell F. Dubina Trust |
| Trustee | The Martha Kehres Dubina Trust |
| Partner | Investments Unlimited, a general partnership |
| Partner | Chateau Village Townhouses, a general partnership |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☒ NONE (No reportable non-investment income) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |



| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dubina, Joel F. | 6/8/90 |

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements or gifts) | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts) | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| AmSouth Corp. (J) | 1st mortgage/(liable for 25% CGS DEVEL. Group) | P |
| AmSouth Corp. (J) | 1st mortgage (liable for 50% CDS Partnership) | M |
| Colonial Bank (RI) | 1st mortgage (Chateau Village Townhouses liable for 8%) | P |
| Farm Credit Bank of Texas | 1st mortgage (liable for 40% B Triple D Farm, 316 acres Montgomery County, AL) | O |

| * VALUE CODES: | J = $0 to $1,000 | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
|---|---|---|---|---|
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dubina, Joel F. | 6/8/90 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| I. JOEL F. DUBINA | | | | | | | | | |
| 1 Portfolio of stocks and bonds attached herewith as Exhibit | E | div. | O | T | | | | | *See Exhibit "H" |
| 2 "A" | | | | | | | | | |
| 3 12.5% interest Investments Unlimited, a general | E | rent | P | Q | | | | | |
| 4 partnership | | | | | | | | | |
| 5 40% interest in 316 acres of land Montgomery County, AL | | none | P | R | | | | | |
| 6 12.5% interest in house, 38 acres, Ada, AL | | none | N | R | | | | | |
| 7 200 shares U.S. Shelter Corp. | A | div. | B | T | | | | | |
| 8 8% interest in Chateau Village Townhouses, Enterprise, AL | F | rent | P | R | | | | | |
| 9 | | | | | | | | | |
| 10 100 shares QMS common stock | B | div. | K | T | gift 100 shares | 4/90 | K | | gift to Trinity Presbyterian Church |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A = exempt ($0 to $100)    B = $101 to $1,000    C = $1,001 to $2,500    D = $2,501 to $5,000
      E = $5,001 to $15,000    F = $15,001 to $50,000    G = $50,001 to $100,000    H = over $100,000
2 Value Codes: J = exempt ($0 to $1,000)    K = $1,001 to $5,000    L = $5,001 to $15,000    M = $15,001 to $50,000
      N = $50,001 to $100,000    O = $100,001 to $250,000    P = over $250,000
3 Value Method Codes: Q = Appraisal    R = Cost (real estate only)
      U = Book value

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dubina, Joel F. | 6/8/90 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| II. BETH G. DUBINA | | | | | | | | | |
| Trust beneficiary 3-1168 portfolio attached herewith | C | div. | M | T | | | | | |
| and incorporated herein as Exhibit "B" | | | | | | | | | |
| Trust beneficiary 3-1003 portfolio attached herewith | F | div. | P | T | | | | | |
| and incorporated herein as Exhibit "C" | | | | | | | | | |
| Trust beneficary Union Bank & Trust Company | D | div. | N | T | | | | | |
| Trustee - Portfolio attached herewith and incorporated | | | | | | | | | |
| herein as Exhibit "D" | | | | | | | | | |
| 60 shares Torchmark common | B | div. | D | T | gift 100 shares | 1/27 | K | | gift to Trinity Presbyterian Chu |
| | | | | | gift 100 shares | 3/8 | K | | |
| | | | | | gift 100 shares | 7/12 | K | | |
| | | | | | gift 20 shares | 12/18 | K | | gift to Montgome Museum of Fine Ar |
| | | | | | gift 20 shares | 12/19 | K | | gift to Trinity Presbyterian Scho Inc. |
| 12.5% interest Investments Unlimited, a general partnership | E | rent | P | Q | | | | | |
| 12.5% interest in house, 38 acres, Ada, Al | | none | N | R | | | | | |
| 56 shares IMK, United, Inc. | B | div. | K | T | | | | | |
| CDS Partnership, a general partnership - 50% interest | C | rent | U | R | | | | | |
| 25% interest in LCS Development Group, a general | G | rent | P | Q | | | | | |
| partnership | | | | | | | | | |
| | | | | | | | | | |

1 Income/Gain Codes: A = exempt ($0 to $100)  B = $101 to $1,000  C = $1,001 to $2,500  D = $2,501 to $5,000
E = $5,001 to $15,000  F = $15,001 to $50,000  G = $50,001 to $100,000  H = over $100,000
2 Value Codes: J = exempt ($0 to $1,000)  K = $1,001 to $5,000  L = $5,001 to $15,000  M = $15,001 to $50,000
N = $50,001 to $100,000  O = $100,001 to $250,000  P = over $250,000

Digitized by Google

**FINANCIAL DISCLOSURE REPORT (cont'd)**

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 6/8/90 |

## VII. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting Individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| III. JOEL F. DUBINA TRUSTEE | | | | | | | | | |
| FOR THE MARTHA KEHRES DUBINA TRUST - PORTFOLIO ATTACHED | D | div. | N | T | * | | | | *See Exhibit "I" |
| HEREWITH AND INCORPORATED HEREIN AS EXHIBIT "E" | | | | | | | | | |
| | | | | | | | | | |
| IV. BETH G. DUBINA TRUSTEE | | | | | | | | | |
| FOR THE BRITTON ELISE DUBINA TRUST - PORTFOLIO ATTACHED | D | div. | N | T | * | | | | *See Exhibit "J" |
| HEREWITH AND INCORPORATED HEREIN AS EXHIBIT "F" | | | | | | | | | |
| | | | | | | | | | |
| V. BETH G. DUBINA AND JOEL | D | div. | N | T | * | | | | *See Exhibit "K" |
| DUBINA TRUSTEES FOR THE MITCHELL FREDRICK DUBINA TRUST | | | | | | | | | |
| PORTFOLIO ATTACHED HEREWITH AND INCORPORATED HEREIN AS | | | | | | | | | |
| EXHIBIT "G" | | | | | | | | | |
| VI. MARTHA DUBINA CIGNA High Income SH SBI* | B | div. | K | T | | | | | |
| Lifetime Govt. INCM P SBI | | | | | | | | | |
| | | | | | | | | | |
| VII. BRITTON DUBINA CIGNA High Income SH SBI* | B | div. | K | T | | | | | |
| Lifetime Govt. INCM P SBI | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |



Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dubina, Joel F. | 6/8/90 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☒ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) -is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _____    Date  June 8, 1990

NOTE:    ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

1.    Mail signed original and 3 additional copies to:    Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

2.    Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google